## EXHIBIT "A"
## PREFERENTIAL TRANSFERS

*Bankruptcy Case: 23-10670-JKS Brio Systems, Inc.*
*Transfer Date Range: 02-22-2023 through 05-22-2023*

*Prepared by*  GIULIANO MILLER & COMPANY

*Vendor:*

JOHNSON CONTROLS
5757 N GREEN BAY AVE
MILWAUKEE, WI 53209

(JOHNSONCONTROLS)
(00001)

*Preferential Transfers:*

| Payment # | Payment Date | Clear Date | Payment Amount | Description |
|---|---|---|---|---|
| PYMT051123 | 05/11/2023 | | 82,400.00 | SOFA |
| TOTAL | | 1 $ | 82,400.00 | |

230512657 v1